IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALTON RAY ROBERTSON, JR.                                                              PLAINTIFF

v.                                   Civil No. 6:17-cv-06064

SHERIFF MIKE McCORMICK,
Garland County, Arkansas, *et al*.                                                    DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Separate Defendants Kay Duke, Carol Gray, Danny Burgin, Brittany Darnell, and Rebecca Rioza. (ECF No. 122). Also before the Court is a Motion for Summary Judgment filed by Southwest Correctional Medical Group, Inc. ("SWCMG"). (ECF No. 125). Likewise before the Court is a Motion for Summary Judgment filed by Separate Defendants Lieutenant Amanda Miller, Sergeant Michael Carter, Deputy Lisa Thomas, Deputy Kolby Hamilton, Corporal Shawn Stapleton, Deputy Jason Stovall, Deputy Russell Braswell, Deputy William Coutch, and Deputy Ruey Hendrix. (ECF No. 128). Plaintiff has not filed a response to the motions and the time to do so has passed. The Court finds these matters ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that the instant Motions for Summary Judgment (ECF Nos. 122, 125, 128) should be and hereby are **GRANTED**. This matter is hereby **DISMISSED WITH PREJUDICE**

**IT IS SO ORDERED,** this 6th day of May, 2019.

>                                   /s/ Susan O. Hickey
>                                   Susan O. Hickey
>                                   Chief United States District Judge